

# WarrenMontgomery
**District Attorney**

22nd Judicial District
Washington – St. Tammany Parishes

Cary Menard
Custodian of Records

21454 Koop Drive,
Suite G
Mandeville, Louisiana, 70471

Telephone: (985) 809-8383
Fax: (985) 809-8365

October 7, 2022

**VIA EMAIL**

Misty Antoon, Esq.
600 Desoto St.
Alexandria, LA 71301
misty@antoonlaw.com

RE: Eric Nelson Investigative File

Dear Ms. Antoon:

Please allow this correspondence to serve as a response to your public records request received via email on October 5, 2022. I have spoken with the Criminal Division Chief, Collin Sims, and was advised to communicate to you that our office is currently screening this case. The District Attorney's Office is currently waiting on additional documentation from both Louisiana State Police, and the Coroner's Office in the form of supplemental reports, as well as toxicology and autopsy reports. These documents are necessary in order to make relevant charging decisions.

Pursuant to La. R.S. 44:3(A)(1), this office may withhold "[r]ecords pertaining to pending criminal litigation or any criminal litigation which can be reasonably anticipated, until such litigation has been finally adjudicated or otherwise settled."

As the requested records are associated with an active ongoing investigation which may result in criminal charges, we are unable to provide you with them under a public records request at this time.

If you have any questions regarding this matter, please feel free to contact me via email at abjoyner@22da.com, or mail at this office address.

Respectfully,

**Exhibit 1**

Andrew B. Joyner
Assistant District Attorney, Civil Division
Office of the District Attorney
22nd Judicial District
Washington-St. Tammany Parishes
State of Louisiana

CC: Joseph Long (joe@legal225.com)

**Misty Antoon**

| | |
|---|---|
| **From:** | Marlon Battley (DPS) <Marlon.Battley4@LA.GOV> |
| **Sent:** | Friday, October 21, 2022 2:33 PM |
| **To:** | Misty Antoon |
| **Cc:** | Joseph Long; Shania Long |
| **Subject:** | RE: Public Records Request |

Dear Ms. Antoon:

    Your above referenced public records request has been received and forwarded to me for consideration and reply. The investigation conducted in preparation of a response to your request indicates that any records we have or may have are related to a pending criminal litigation or litigation that is reasonably anticipated. Therefore, your public records request is denied.

    Louisiana Revised Statute 44:3(A)(1) specifically exempts from the public records, records pertaining to pending criminal litigation or any criminal litigation which can be reasonably anticipated, until such litigation has been finally adjudicated or otherwise settled

Thanks

Marlon C. Battley
Attorney
Department of Public Safety and Corrections
Office of Legal Affairs
P.O. Box 66614
7979 Independence Blvd.
Baton Rouge, LA 70806
(Office) 225-925-4067
(Cell) 225-938-8195
(Fax) 225-925-3974

CONFIDENTIALITY NOTICE
This email communication may contain confidential information which also may be legally privileged and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

COMPUTER SYSTEM USE/CONSENT NOTICE
This message was sent from a computer system which is the property of the State of Louisiana and the Department of Public Safety and Corrections/Office of Legal Affairs (DPS/OLA). It is for authorized business use only. Users (authorized or unauthorized) have no explicit or implicit expectation of privacy. Any or all uses of this system and all files on this system may be intercepted, monitored, recorded, copied, audited, inspected, and disclosed to DPS/OLA and law enforcement personnel. By using this system the user consents to such interception, monitoring, recording, copying, auditing, inspection, and disclosure at the discretion of DPS/OLA.

**From:** Misty Antoon [mailto:misty@antoonlaw.com]
**Sent:** Tuesday, October 11, 2022 1:21 PM
**To:** Marlon Battley (DPS) <Marlon.Battley4@LA.GOV>
**Cc:** Joseph Long <joe@legal225.com>; Shania Long <paralegal@legal225.com>
**Subject:** RE: Public Records Request

1

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

Mr. Battley,

I have not received your public records response. It has been well over five days. Can you let me know the status?

Thank you,
Misty Antoon
318.792.3514

**From:** Misty Antoon
**Sent:** Monday, September 26, 2022 3:36 PM
**To:** marlon.battley4@la.gov
**Cc:** Joseph Long <joe@legal225.com>; Shania Long <paralegal@legal225.com>
**Subject:** Public Records Request
**Importance:** High

> Re: Public Records Request
> Deceased: Eric Nelson (died while in the custody of the Bogalusa Police Department)
> Date of Death - December 21, 2021

Dear Marlon,

Thank you for taking the time to speak with me today. Joseph Long and I represent the family of Eric Nelson. This shall function as a Louisiana Public Records Request related to all materials regarding the death of Eric Nelson.

As you know, Louisiana Revised Statute 44:3(A)(1) states in pertinent part, that nothing requires disclosures of "Records pertaining to pending criminal litigation or *any criminal litigation which can be reasonably anticipated*, until such litigation has been finally adjudicated or otherwise settled."

"Criminal litigation may be 'reasonably anticipated' when the district attorney, who is in charge of criminal prosecutions, **concludes that it is probable that an arrest will be made and formal accusation will be instituted in due course against a potential criminal defendant as the criminal investigation progresses**." *Cormier v. Foti*, 2008 U.S. Dist. LEXIS 110665, at *6 (W.D. La. Oct. 28, 2008) (*Citing Nix v. Daniel*, 669 So.2d at 575 (La.App. 1st Cir.1996).

Currently, there is no criminal litigation pending. Further, "no assertion has been made that it is 'probable' that an arrest will be made and that 'a formal accusation will be instituted in due course against a potential criminal defendant.'" *Nix v. Daniel*, 669 So.2d at 575 (La.App. 1st Cir.1996).

**I would ask that you inquire whether "criminal litigation can be reasonably anticipated in this case."** If not, I would like all records pertaining to the death of Eric Nelson.

As attorneys, we are in a terrible bind. Prescription/Statute of Limitations is fast approaching, and we do not even have the names of the officers involved, or the cause of death. Accordingly, could you please respond to this public records request. We will likely be filing a suit in federal court, and we will need to alert the court of your response whether it is "probable that an arrest will made."

Thank you for your attention to this matter.

Sincerely,
Misty Antoon
Attorney at Law

2

600 Desoto St.
Alexandria, LA 71301