# Northshore EMS

**153 MONTGOMERY ST**
**BOGALUSA, LA 70427**
**(985) 735-5918**
Federal Tax ID: 20-1167146

Patient Name: ERIC NELSON

Insurance:

BOGALUSA POLICE DEPARTMENT
202 ARKANSAS AVENUE
BOGALUSA LA 70427

Patient Number: 26739
Call Number: NS21129564
Date Of Call: 12/19/2021
Call Time:
Caller: Police/Fire/911
From Location: BOGALUSA CITY JAIL
To Location: OUR LADY OF ANGELS

Reason(s) For Transport:

| DESCRIPTION OF CHARGES | HCPC | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BOGALUSA POLICE DEPT CONTRACT | | 1.0 | 550.00 | 550.00 |
| BOG POLICE DEPT MILEAGE | | 1.2 | 9.50 | 11.40 |

Total Charges: 561.40

Total Credits: 0.00

**PLEASE PAY THIS AMOUNT =>** $561.40

---

^DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT^

Patient Name: NELSON, ERIC
Patient Number: 26739

Call Number: NS21129564
Current Date: 02/23/2022

Amount Due: $561.40
Amount Enclosed $ _____

Northshore EMS   153 MONTGOMERY ST   BOGALUSA, LA 70427-3925

## Northshore EMS LLC

**Call Date/Time:** 12/19/2021 12:02:00  **Unit #:** MEDIC 2  **Run #:** 9564

### Patient Information

**Name:** Nelson, Eric
**Address:** 59378 adams
City of Bogalusa, LA 70427
**SS#:**
**DOB:**
**Age:** 28 Years  **Gender:** Male
**Race:** Black or African American

### Call Times & Mileage

**PSAP:** 12/19/2021 12:02:00
**Dispatched:** 12/19/2021 12:02:00
**Enroute:** 12/19/2021 12:03:00
**On Scene:** 12/19/2021 12:04:00
**At Patient:** 12/19/2021 12:05:00
**Depart:** 12/19/2021 12:18:00
**Destination:** 12/19/2021 12:21:00

**Beginning Mileage:** 0
**On-Scene:** 0
**Destination:** 1.2
**Total Mileage:** 1.2

### Incident Location

**Incident Location:** Prison/Jail/Detention Center
**Incident Address:** 214 arkansas
City of Bogalusa, LA 70427
**Mutual Aid:** MEDIC 2

**Other Agencies On Scene**

### Reason for Transport

**Dispatch Complaint:** Unknown Problem/Person Down
**Primary Impression:** Cardio/Vascular - Cardiac Arrest
**Disposition:** Patient Treated, Transported by this EMS Unit
**Alcohol/Drug Use:** None Reported
**Alcohol/Drug Use Indicators:** None Reported

### Type of Response & Transport

**Destination Determination:** Closest Facility
**Response:** Medical Transport
**Resp. Mode:** Emergent (Immediate Response)
**Urgency:** Immediate
**Transport Mode:** Emergent (Immediate Response)

### History

**Barriers to Patient Care:** None Noted

### Narrative

**Date Printed:** 12/20/2021 11:59

Page 1 of 4

Medic 2 dispatched via 911 to bpd for unknown.

Upon arrival found 28 yo male on ground in left recovery position with hands cuffed behind his back. Pt is unresponsive with agonal respiration's at 4 bpm. Bpd states. pt had ran while being arrested and had jumped into cold creek. Bpd states, pt suffered no trauma upon arrest and while being walked from patrol car to jail, collapsed. (1206) pt becomes pulses and apneic. Pt moved to stretcher and cpr initiated immediately with rate of 30 compressions to 2 ventilations via bvm on high flow o2. Initial ecg shows asystole. Pt intubated with 7.5 tube and confirmed via etco2(12), capnography, colorimetric, auscultation. Tube secured at 25 cm at lips. Compressions now continuous with 1 ventilation every 6 seconds. Io placed to left leg. (1210) 1mg epi administered io push. At rhythm check, pt still in asystole. (1211) 2mg narcan administered io push. (1212) rhythm asystole, (1213) 50 meq sodium bicarbonate io push. (1214) rhythm asystole, (1215) 1mg epi administered io push. (1216) rhythm asystole, all h's and t's considered. Temp 101, (1218) Whitman shows asystole.(1220) rhythm shows vfib. Cpr continued as monitor charged to 200 joules. Pt cleared and pt defibrillated at 200 joules. Rhythm now p.e.a. At 10. Cpr continued.

Pt moved to bed and pt care turned over to er staff. Report given to dr Navo and call completed without incident or injury.

### Destination

OUR LADY OF THE ANGELS
433 PLAZA
Bogalusa
LA                     70427

### Procedures & Treatment

#### Vitals

| Date/Time Vital Signs Taken | Cardiac Rhythm / Electrocardiography (ECG) | Respiratory Rate | Respiratory Effort | SBP (Systolic Blood Pressure) | DBP (Diastolic Blood Pressure) | Heart Rate | Glasgow Coma Score-Eye | Glasgow Coma Score-Verbal | Glasgow Coma Score-Motor | Total Glasgow Coma Score |
|---|---|---|---|---|---|---|---|---|---|---|
| 12:05:00 | | 4 | Weak/Agonal | 0 | 0 | 120 | No eye movement when assessed (All Age Groups) | No verbal/vocal response (All Age Groups) | No Motor Response (All Age Groups) | 3 |
| 12:06:00 | | 0 | Apneic | | | 0 | No eye movement when assessed (All Age Groups) | No verbal/vocal response (All Age Groups) | No Motor Response (All Age Groups) | 3 |
| 12:09:00 | Asystole | 12 | Mechanically Assisted (BVM, CPAP, etc.) | 0 | 0 | 0 | No eye movement when assessed (All Age Groups) | No verbal/vocal response (All Age Groups) | No Motor Response (All Age Groups) | 3 |

#### Procedures

| Date/Time Procedure Performed | Procedure Crew Members ID | Procedure | Number of Procedure Attempts | Response to Procedure | Procedure Successful |
|---|---|---|---|---|---|
| 12:05:00 | Holcomb, David | Confirm - ETCO2 Colorimetric Detection | | | |
| 12:05:00 | Holcomb, David | CV - Defibrillation - Manual | | Unchanged | |
| 12:06:00 | Holcomb, David | Resp - Assist Ventilation - BVM Via Mask | | | |
| 12:06:00 | Holcomb, David | CPR - Manual | | | |
| 12:07:00 | Holcomb, David | CV - ECG - 3 Lead Monitoring | | | |
| 12:08:00 | Holcomb, David | Intubation - Oral | 1 | Unchanged | Yes |
| 12:09:00 | Holcomb, David | IO Start - Intraosseous Access | | | |

Date Printed:  12/20/2021 11:59

Page 2 of 4

| 12:09:00 | Holcomb, David | Z-End tidal carbon dioxide concentration |

### Exposures

### Exam

#### Exams

| Abdomen Exam Summary | Back and Spine Exam Summary | Extremities Exam Summary | Eye Exam Summary | Skin Assessment | Head Assessment | Face Assessment | Neck Assessment | Heart Assessment | Chest/Lungs Assessment | Pelvis/Genitourinary Assessment | Mental Status Assessment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Cold | Normal | Normal | Normal | Not Done | Normal | Normal | Unresponsive |

### Assessment Summary

#### Detailed Findings

| Location | Description | Details |
|---|---|---|
| Skin | Cold | |
| Mental Status | Unresponsive | |

#### Normal Findings

Head ; Face ; Neck ; Chest/Lungs ; Pelvis ;

#### Not Done

Heart ;

### Assessment

PAIN SCALE: 0

#### Medications

| Date/Time Medication Administered | Medication Given | Medication Dosage Units |
|---|---|---|
| 12:10:00 | Epinephrine 0.1 MG/ML | Milligrams (mg) |
| 12:11:00 | Naloxone (Narcan) | Milligrams (mg) |
| 12:13:00 | Sodium Bicarbonate | Milliequivalents (mEq) |
| 12:15:00 | Epinephrine 0.1 MG/ML | Milligrams (mg) |

### PPE Exposure

### Crew

Level of Care of This Unit: ALS-Paramedic
Crew Member Completing this Report: Holcomb, David

#### Crew Members

| Crew Member ID | Crew Member Level | Crew Member Response Role |
|---|---|---|
| Holcomb, David | 2009 Paramedic | Primary Patient Caregiver-At Scene ; Primary Patient Caregiver-Transport |

Date Printed: 12/20/2021 11:59

Page 3 of 4

JOHNSON, CHRISTINA        EMT-Basic           Driver/Pilot-Response

## Signatures

**Crew Member:**

**Signature Status:**

**Type of Person Signing:** EMS Crew Member Completing Report

**Type Of Patient Representative:**

**Signature File Name:**

**Signature Reason:**

**Signature Graphic:**

**Date/Time of Signature:**

**Signature Reason:**

I authorize the submission of a claim to Medicare, Medicaid or any other payer for any services provided to me by Northshore EMS LLC now, in the past, or in the future, until such time as I revoke this authorization in writing. I understand that I am financially responsible for the services and supplies provided to me by Northshore EMS LLC, regardless of my insurance coverage, and in some case, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to Northshore EMS LLC any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to Northshore EMS LLC. I authorize Northshore EMS LLC to appeal payment denials or other adverse decisions on my behalf. I authorize and direct any holder of medical, insurance, billing or other relevant information about me to release such information to Northshore EMS LLC and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me by Northshore EMS LLC to obtain medical, insurance, billing and other relevant information about me from any party, database or other source that maintains such information.

## Attachments

Vitals

Date Printed: 12/20/2021 11:59





# Northshore EMS, LLC

153 Montgomery St
Bogalusa, LA 70429
Phone: (985) 735-5918
Fax: (985) 735-5916

## CERTIFICATION OF RECORDS

PATIENT NAME: ERIC NELSON     DATE OF BIRTH: ███/1993

ALL DOCUMENTS WERE PREPARED AND COMPILED BY PERSONS EMPLOYED BY NORTHSHORE EMS, LLC, IN THE ORDINARY COURSE OF BUSINESS, AT OR NEAR THE TIME OF THE ACTS OR EVENTS RECORDED. I DECLARE THAT THE COMPLETE FILE WHICH IS IN MY POSSESSION AND CUSTODY, HAS BEEN ASKED FOR AND DELIVERED FOR INSPECTION AND REPRODUCTION. NO DOCUMENTS OR ITEMS HAVE BEEN INTENTIONALLY WITHHELD.

6 PAGES WERE PRODUCED ON THIS 23 DAY OF February, 20 22.

PRINTED NAME AND TITLE: Julie Tynes Billing

SIGNATURE: Julie Tynes