*Subject*

# TASER

*Effective Date*
  February 15, 2001

*Reference*

*Special Instructions*

*Distribution*

*Reevaluation Date*
  January 01, 2002

No. Pages 3

PURPOSE
The purpose of this policy is to establish guidelines for the use of the TASER device(s).

This agency has issued the TASER devices to provide officers with additional use-of-force options for gaining compliance of resistant or aggressive individuals in arrest and other enforcement situations. It is the policy of this agency that officers use the TASER when warranted, but only in accordance with the guidelines and procedures set forth here and in this agency's use-of-force policy.

PROCEDURES
Authorization
1. Only officers who have completed the prescribed course of instruction on the use of the TASER are authorized to carry the device and deploy it as a less than lethal weapon against aggressive or resistant subjects. Officers whose normal duties/assignments may require them to make arrests or supervise arrestees will be allowed to utilize the TASER in accordance with the use of force continuum. The TASER deployment will be performed by specially trained officers.
2. Uniformed officers shall carry the TASER in the prescribed manner on the duty belt. Non-uniformed officers may carry the TASER in an alternative manner.

Usage Criteria for the TASER
1. The TASER is considered a use of force equal and parallel to the Pepper Spray or Pepper Ball less than lethal devices and shall be employed in a manner consistent with this agency's use-of-force policy. The TASER is a force option following verbal compliance tactics on the use-of-force continuum.
2. The TASER may be used when
   a. verbal dialogue has failed to bring about the subject's compliance, and
   b. the subject has signalled his intention to actively resist the officer's efforts to make the arrest.
3. Whenever practical and reasonable, officers should issue a verbal warning prior to using the TASER against a suspect.
4. Use of the TASER can be utilized for controlling uncooperative or violent suspects, standoff or barricaded situations, jail cell extractions, jail exercise yard problems, jail fights, hostage rescue, officer withdrawal to hold off crowds, suicide by police, and domestic violence situations.
5. An officer may use deadly force to protect himself/herself from the use or threatened use of the TASER if a subject(s) disarms the officer and obtains the TASER and the officer reasonably believes that deadly force will be used against him/her if he/she becomes incapacitated.
6. Once a suspect is incapacitated or restrained, use of the TASER is no longer justified.

Usage Procedures
1. An officer should maintain a safe distance from the subject when utilizing the TASER, the maximum distance from the suspect is fifteen to twenty-one feet.

Exhibit 3

2. Useage of the TASER on a subject *near* combustible material, e.g., gasoline, alcohol based pepper spray, natural or propane gas, and or any clandestine drug lab is **prohibited**.
3. Verbal command to comply, LASER AIMING deployed on subject, TASER deployed if subject fails to comply with the officers command.
4. Officers should provide assurance to suspects who have had the TASER used on them that the effects are temporary and encourage them to relax.
5. Handcuff subject for transport.
6. Check subject while on the scene for any medical problems.
7. Transport subject to hospital for the probes to be removed and any possible medical problems associated with the use of the TASER on the subject.
8. Photograph any areas where the probe touched the body plus any other areas of the body impacted as a result of the TASER deployment.
9. Upon release from the hospital transport the subject to headquarters for booking procedure.
10. A use-of-force report shall be completed following all deployment/usage of the TASER except during testing, training, malfunction or accidental discharge. Also, report the use of the TASER toTASER International on the internet at the following web address (www.airtaser.com).
11. Accidental discharges as well as intentional uses of the TASER against an individual in an enforcement capacity shall be reported to the officer's immediate supervisor as soon as possible.
12. All TASER devices shall be maintained in an operational and charged state by assigned personnel.
13. Unexplained deployment/useage of a TASER shall require an investigation and written report by the officer's supervisor to the Major in Charge of the Shift.

Page 68